RED 11, LLC *v.* CONSERVATION COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 117 Conn. App. 630 (AC 29092), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Anne D. Peterson,* in support of the petition.

*Noel R. Newman, Edward V. O'Hanlan* and *Thomas J. Donlon,* in opposition.